1030

[No. 54591-4-I. Division One. July 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME JAY LEE, JR., *Defendant*, JEROME JAY LEE, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04172-2, Carol A. Schapira, J., entered June 15, 2004. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker and Appelwick, JJ.

[No. 54764-0-I. Division One. July 5, 2005.]

MICHAEL LARKIN ET AL., *Appellants*, v. THE CITY OF MEDINA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-00898-1, Michael J. Fox, J., entered July 16, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Schindler, JJ.

[No. 54818-2-I. Division One. July 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS DURWOOD DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02257-4, Anita L. Farris, J., entered August 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54891-3-I. Division One. July 5, 2005.]

SAFECO INSURANCE COMPANY OF AMERICA, *Respondent*, v. CHAD BRINK, *Defendant*, L.N., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-00029-3, Steven J. Mura, J., entered August 27, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick and Schindler, JJ.